UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMY SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:19-CV-00914-LJO-EPG<br><br>**ORDER RE: JOINT STIPULATION WITHDRAWING MOTION FOR REMAND AND AUTHORIZING DISCOVERY**<br><br>(ECF No. 6) |

　　　　Pursuant to the stipulation of the parties (ECF No. 6), IT IS ORDERED that:

　　　　1.　Plaintiff's motion to remand (ECF No. 4) is deemed withdrawn and the hearing set for August 16, 2019, is vacated.

　　　　2.　Discovery in this action shall proceed, and shall not be postponed pending a Rule 26 conference.

　　　　3.　The initial scheduling conference will proceed as scheduled on October 10, 2019, at 10:30 a.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and to email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

　　　Dated:　**August 5, 2019**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE