# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMY SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>GREYHOUND LINES, INC., *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00914-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 12) |

Plaintiff, Stormy Smith, and Defendant Greyhound Lines, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 12).[1] In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **November 7, 2019**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Although an additional defendant, Concentra Occupational Med Ctrs – Ca, is named in the complaint (ECF No. 1 at 12-22), this additional defendant has not appeared in this matter.